# RETURN OF SERVICE

Service of the Summons and complaint was made by me (1)

DATE: FEBRUARY 27, 2015

NAME OF SERVER (PRINT): DANIEL CRESCI

TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Ken's Marine & Oil Service, Inc. 116 East 22nd Street Bayonne, New Jersey 07002

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $25.00 | $25.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/27/15
Date

Signature of Server

830 Avenue A, Bayonne NJ 07002
Address of Server